# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| STEVEN J. OLIVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-104C |
| v. | ) | |
| | ) | Filed February 12, 2021 |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SCHEDULING ORDER

On February 9, 2021, plaintiff filed a joint motion on behalf of the parties to amend the Court's September 2, 2020, Scheduling Order in the above-captioned breach of contract matter. ECF No. 39. In the joint motion, plaintiff's counsel represents that the parties require additional time to complete expert discovery.

In light of the foregoing, the Court **GRANTS** the parties' joint motion to amend the schedule for expert discovery and **MODIFIES** the Scheduling Order dated September 2, 2020, as follows:

| | |
|---|---|
| Deadline for opening expert reports. | **April 5, 2021** |
| Deadline for any rebuttal expert reports. | **May 3, 2021** |
| Close of all discovery. | **May 24, 2021** |
| The parties shall **FILE** a joint status report advising the Court on the status of expert discovery and the parties' respective views on how this matter should proceed, including a proposed schedule for the briefing of any dispositive motions. | **June 14, 2021** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge